DANIEL MALAKAUSKAS, SBN 265903
P.O. Box 7006
Stockton, CA 95267
Telephone: (866) 790-2242
Facsimile: (888) 802-2440

Attorney for PLAINTIFF:
CYNTHIA HOPSON


DAVID RISHWAIN, SBN 157134
RISHWAIN & RISHWAIN, P.C.
2800 West March Lane, Suite 220
Stockton, Ca 95219
Telephone: (209) 473-2800
Facsimile: (209) 473-2885

Attorney for Defendants:
NIRMAL SINGH and JASBIR SINGH

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| **CYNTHIA HOPSON**, <br><br> PLAINTIFF, <br><br> v. <br><br> **NIRMAL SINGH**, as an individual, and doing business as Circle J Food and Gas, **JASBIR SINGH**, as an individual, and doing business as Circle J Food and Gas, and DOES 1-10, inclusive, <br><br> DEFENDANTS. | CASE NO.: 1:15-cv-01334-AWI-SAB <br><br> **STIPULATION REGARDING CONTINUANCE OF SCHEDULING CONFERENCE AND ORDER GRANTING THEREOF** |

**LET THIS HONORABLE COURT TAKE NOTICE:**

1

Plaintiff, CYNTHIA HOPSON, and Defendants, NIRMAL SINGH, and, JASBIR SINGH, respectfully report to the Court that they have conferred regarding the status conference, currently scheduled for December 1st, 2015.  The parties stipulate to a continuance of the status conference for at least thirty (30) days.

**IT IS HEREBY STIPULATED.**

Dated:  November 24th, 2015				Respectfully submitted,

						/s/Daniel Malakauskas_____
						By: Daniel Malakauskas,
						Attorney for Plaintiff,
						CYNTHIA HOPSON

Dated:  November 24th, 2015				/s/David Rishwain_____
						By; David Rishwain, of,
						Rishwain & Rishwain, P.C.,
						Attorneys for Defendant,
						NIRMAL SINGH, and, JASBIR SINGH

**ORDER**

**IT IS HEREBY ORDERED**, that the status conference is continued from December 1st, 2015 until January 5, 2016 at 3:00 p.m. before Magistrate Judge Stanley A. Boone.

IT IS SO ORDERED.

Dated:   **November 25, 2015**

UNITED STATES MAGISTRATE JUDGE

3