# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HOPSON, | Case No.  1:15-cv-01334-DAD-SAB |
| Plaintiff, | ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |
| v. | Ninety-Five Day Deadline |
| NIRMAL SINGH, et al., | |
| Defendants. | |

On December 29, 2015, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.  Accordingly, it is HEREBY ORDERED that:

1.      All pending matters and dates are VACATED; and

2.      Plaintiff shall file dispositional documents within ninety-five (95) days from the date of service of this order.

IT IS SO ORDERED.

Dated:     **December 30, 2015**

UNITED STATES MAGISTRATE JUDGE

1