UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NIRMAL SINGH, as an individual and doing business as Circle J Food and Gas; JASBIR SINGH, as an individual and doing business as Circle J Food and Gas; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | No. 1:15-cv-01334-DAD-SAB<br><br>ACTION HAS BEEN DISMISSED WITH PREJUDICE; ORDER DIRECTING CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. No. 11) |

　　　　On April 25, 2016, plaintiff filed a notice of voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (Doc. No. 11.)  No responsive pleading has been filed in this action.  In light of this, this case has terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose,* 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.  Accordingly, the court directs the Clerk of Court to close the case.

IT IS SO ORDERED.

Dated:  __**April 26, 2016**__　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1